JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

RAVINDER SINGH SANDHU,

Petitioner,

v.

TONYA ANDREWS, *et al*.,

Respondents.

Case No. 5:26-cv-02179-KK-AYP

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.  (JS-6)

DATED: April 30, 2026

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE